# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 29, 2012

No. 12-50555
Summary Calendar

Lyle W. Cayce
Clerk

GUILLERMO EMILIO ALDANA,

Plaintiff-Appellant,

versus

FREESCALE SEMICONDUCTOR, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the
Western District of Texas, Austin
1:11-CV-614

Before HIGGINBOTHAM, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

We affirm for essentially the reason stated by the District Court in its
order of April 5, 2012, Granting Appellees's Summary Judgment.

_____

[*]Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set for the in 5th Cir. R.
47.5.4.